No counsel marked for either party.
Per Curiam.—Appeal dismissed.

---

### ROBINSON v. MOBILE LIGHT & R. R. CO.

(Decided November 14, 1916.   73 South. 1001.)

APPEAL from Mobile Law and Equity Court.
Heard before Hon. SAFFOLD BERNEY.
R. H. &˙R. M. SMITH, for appellant.   GREGORY L. & H. T. SMITH and H. M. CAFFEY, JR., for appellee.
Per Curiam.—Appeal dismissed.

---

### SCROGGINS, ET AL. v. BAXTER.

(Decided November 17, 1916.   73 South. 1002.)

APPEAL from Escambia Chancery Court.
Heard before Hon. OSCAR S. LEWIS.
No counsel marked for either party.
Per Curiam.—Affirmed on certificate.

---

### SEWELL v. PEAVY, ET AL.

(Decided December 21, 1916.   73 South. 1002.)

APPEAL from Elmore Chancery Court.
Heard before Hon. W. W. WHITESIDE.
THOMAS & WILEY, for appellant.   FRANK W. LULL, for appellee.
Per Curiam.—Dismissed by agreement.

---

### SOUTH, ET AL. v. MORGAN.

(Decided January 30, 1917.   73 South. 1002.)

APPEAL from Morgan Circuit Court.
Heard before Hon. ROBERT C. BRICKELL.
CALLAHAN & HARRIS and O. KYLE, for appellants.   E. W. GODBEY, for appellee.
Per Curiam.—Appeal dismissed by appellant.